**Rose ANDERSON, Appellant,**

v.

**ARKANSAS DEPARTMENT OF HUMAN SERVICES, Division of Mental Health Services/Arkansas State Hospital, a public body; Charles Smith, an individual; Carol Wyrick, an individual; Appellees,**

**Annie McGuire, an individual, Defendant.**

**No. PER.**

United States Court of Appeals, Eighth Circuit.

Submitted Oct. 26, 2001.

Filed Oct. 26, 2001.

Before WOLLMAN, Chief Judge, BOWMAN, and LOKEN, Circuit Judges.

PER CURIAM.

In this appeal following an adverse jury verdict in her retaliation and race discrimi-

nation action, Rose Anderson challenges the sufficiency of the evidence. After careful consideration of the record before us and the parties' submissions on appeal, we find the appeal meritless and affirm the judgment of the District Court,[1] because there is no basis whatsoever for upsetting the jury's verdict.

Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable James M. Moody, United States District Judge for the Eastern District of Arkansas.